USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Darnell R. Hicks

                            Plaintiff,

                -against-

Det. Chavez, et al.,

                            Defendant(s).
-------------------------------------------------------------------X

7:23-cv-08088

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On May 1, 2024, the Court directed the parties to submit a letter to the Court by no later than May 31, 2024. (ECF No. 23). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **June 21, 2024**.

      **SO ORDERED.**

DATED:    White Plains, New York
                June 18, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

1