UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARNELL R. HICKS,

Plaintiff,

-against-

DETECTIVE CHAVEZ,

Defendant.

23 CIVIL 8088 (KMK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Decision & Order dated September 29, 2026, Defendant's Motion is granted. Accordingly, judgment is entered in favor of the Defendant and the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**